**UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT**
**CRIMINAL HEARING MINUTES**

Date: 11/16/2023
Case #: 3:23-mj-00984   Dft #: ____

**UNITED STATES OF AMERICA**
Vs.
Gyzzell Byfield

Honorable Judge: S. Dave Vatti
Deputy Clerk: Djess Jacques
AUSA: Patricia Stolfi-Collins
Counsel for Defendant: William Madden
☐ Retained   ☐ CJA   ■ FPD

Start Time: 3:17   End Time: 3:32
Recess (if more than ½ hr) ____ to ____
Total Time ____ hours   15 minutes

USPO: ____
Reporter/ECRO/FTR: Courtsmart
Interpreter: ____   Language: ____
Hearing held  ■ in person  ☐ by video  ☐ by telephone

**HEARING AND TIME**

| | | | |
|---|---|---|---|
| ☐ Initial Appearance ____ | ■ Initial Appear. Rule 5 ____ | ☐ Detention ____ | ■ Arraignment ____ |
| ☐ Motion ____ | ☐ Bond ____ | ☐ Waiver/Plea ____ | ☐ Probable Cause ____ |
| ☐ Change of Plea ____ | ☐ Conflict ____ | ☐ Evidentiary ____ | ☐ Extradition ____ |
| ☐ Status Conference ____ | ☐ Competency ____ | ☐ In Camera ____ | ☐ Frye ____ |

■ Arrest or ☐ Self surrender   Date: 11/16/2023
■ Case Unsealed
☐ Deft failed to appear
■ CJA23 financial affidavit filed under seal
☐ Oral Brady Order entered and paper to issue

■ Rule 5 charging district: Western District of Pennsylvania
■ Order appointing FPD
☐ Order appointing Attorney ____
☐ Set ATTY flag and notify grievance clerk
☐ Defendant waives right to proceed in-person

**FILED IN COURT**

| | | |
|---|---|---|
| ☐ Complaint with affidavit | ☐ Sealed Complaint with affidavit | ☐ Waiver of Indictment (case opening) |
| ☐ Felony Information | ☐ Misdemeanor Information | ☐ Waiver of Indictment (mid-case) |
| ☐ Superseding Information | ☐ Substitute Information | ☐ Sealed Information |

**PLEA**

Plea entered of  ☐ NOT guilty  ☐ guilty  ☐ nolo contendere;  As to counts ____
Plea agreement letter ☐ filed  ☐ under seal  ☐ to be filed
☐ Petition to enter guilty plea filed

**SENTENCING**

☐ Sentencing set for ____ at ____
☐ Probation 246B Order for PSI & Report filed
☐ Special Assessment of $____ on count(s) ____. Total of $____  ☐ due now  ☐ due at sentencing

Rev. 12-9-21   Page **1** of **2**

**ORDERS**
- ☐ Waiver of Rule 5 hearing filed
- ☐ Defendant motions due_____, Govt. responses due _____
- ☐ Scheduling Order filed  ☐ to be filed; ☐Sentencing scheduling order filed
- ☐ Hearing on pending motions scheduled for _____ at _____
- ☐ Jury Selection set for _____ at_____ before Judge_____
- ☐ Defendant's motion for waiver of 10-day notice filed;  ☐ Granted    ☐Denied    ☐Advisement
  _____ hearing set for _____ ;  continued until_____

**DETENTION**
- ■ Govt's motion for pretrial detention filed ■ Granted  ☐Denied   ☐Advisement
- ☐ Order of detention filed
- ☐ Bond set at $_____   ☐ reduced to $_____ ;  ☐Non-surety   ☐Surety    ☐Personal recognizance
- ☐ Bond  ☐revoked   ☐reinstated   ☐continued   ☐modified
- ☐ No bond set at this time
- ☐ Order of temporary detention pending hearing filed
- ■ Defendant detained
- ■ Defendant ordered removed/committed to originating/other District of  Western Pennsylvania

**CONDITIONS OF BOND**
- ☐ Connecticut restricted travel extended to_____ upon obtaining permission from the USPO. A motion for any other travel with copies to the government and USPO must be filed and approved by the Court.
- ☐ Defendant must reside at _____.
- ☐ Defendant must report to USPO ____times a ☐week ☐month; ☐by telephone ☐in person ☐ at USPO discretion
- ☐ Defendant must surrender passport to the USPO  ☐ must not apply for passport
- ☐ Defendant must refrain from possessing firearms or dangerous weapons
- ☐ Defendant must refrain from use or unlawful possession, or distribution of narcotic drug
- ☐ Defendant must maintain employment or actively seek employment
- ☐ As set forth in the Order Setting Conditions of Release
- ☐ Other _____

**MOTIONS**
- ☐ Motion for Unsealing _____ filed by■ USA ☐defendant, ■granted   ☐denied   ☐advisement
- ☐ Motion for _____ filed by☐ USA ☐defendant, ☐granted   ☐denied   ☐advisement
- ☐ Motion for _____ filed by☐ USA ☐defendant, ☐granted   ☐denied   ☐advisement
- ☐ Motion for _____ filed by☐ USA ☐defendant, ☐granted   ☐denied   ☐advisement

**~~NOTES~~**